IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUL 3 0 2015**

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:15cr59 LG-RHW

CARLOS MILLER

21 U.S.C. § 846

**The United States Attorney charges:**

That on or about January 23, 2015, in Harrison County, in the Southern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **CARLOS MILLER**, aided and

abetted by others known and unknown to the Grand Jury, did knowingly and intentionally attempt

to possess with intent to distribute, a mixture or substance containing a detectable amount of

cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section

841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall

forfeit to the United States all property involved in or traceable to property involved in the

offense, including but not limited to all proceeds obtained directly or indirectly from the offense,

and all property used to facilitate the offense, including

    (1)    **One (1) 2008 Dodge Charger SN: 2B3LA43R68H313591; and**

    (2)    **$8,628.00 United States Currency.**

Further, if any property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.


GREGORY K. DAVIS
United States Attorney